UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ALEXANDRA JACKSON, an individual,

Plaintiff,

v.

SCOTT LEE, an individual; C. INEGBEJE, an individual; OFFICER A. CORIA-BARRIGA, an individual; LIEUTENANT J. BROWN, an individual; OFFICER L. VALENCIA, an individual; OFFICER L. HERNANDEZ, an individual; and DOES 1–20, individuals,

Defendants.

Case No. 5:25-cv-01177-SSS-ACCVx

**ORDER GRANTING JOINT STIPULATION TO STAY CASE (Doc. # 44)**

The Court, having considered the Joint Stipulation to Stay this action (the "Stipulation") filed by Plaintiff Alexandra Jackson, and Defendants Scott Lee, C. Inegbeje, A. Coria-Barriga, J. Brown, L. Valencia, and L. Hernandez (collectively the "Parties"), and finding good cause, hereby GRANTS the Stipulation and ORDERS as follows:

1

1. This case is stayed for an initial period of 120 days from the date of this Order (the "Initial Stay Period").

2. During the Initial Stay Period, the Parties shall engage in the informal discovery contemplated by the Stipulation.

3. The Parties will also participate in at least one settlement conference with a private mediator, with costs to be borne by the California Department of Corrections and Rehabilitation.

4. At the end of the Initial Stay Period, the stay of this case shall be lifted automatically without the need for either Plaintiff or Defendants to seek further order from the Court unless, before the end of the Initial Stay Period, the Parties file a Joint Status Report with the Court providing an update regarding the status of their attempts at informal resolution and requesting that the stay continue for an additional 60 days (the "Second Stay Period").

5. The Court will evaluate the merits of any subsequent Joint Status Report and request for a further stay at the time such a request is filed.

6. If the case is not stayed further following the end of the Initial Stay Period, the Parties shall engage in the conference of counsel required by Federal Rule of Civil Procedure 26(f) within 10 business days after that stay is lifted.

IT IS SO ORDERED.

Dated: July 29, 2026

_____
SUNSHINE S. SYKES
United States District Judge

2